UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: MARY ANNETTE MITCHELL                              CASE NO.13-60426-RBK

DEBTOR(S)                                                 CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on Monday, May 6, 2013. The Debtor's plan has been confirmed by the Court. the Debtor's case was completed on October 06, 2016.

2. The Trustee has a balance on hand in this case in the amount of $1,017.75 which is owed to the Debtor as a refund. The Trustee has attempted to locate the Debtor but the Debtor's whereabouts are unknown.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the Debtor's whereabouts are unknown.

4. The Trustee's check for $1,017.75, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Debtor | Amount of Disbursement Check |
|---|---|
| Mary Annette Mitchell<br>808 Red Fern Dr.<br>Harker Heights, TX 76548 | $1,017.75 |

Dated: December 22, 2016                      /s/Ray Hendren
                                              Ray Hendren
                                              3410 Far West Blvd
                                              Suite 200
                                              Austin, TX 78731
                                              (512) 474-6309

1

**United States Bankruptcy Court**
**Western District of Texas**
**Waco**

IN RE: CASE NO.: **13-60426**
**MARY ANNETTE MITCHELL** CHAPTER 13

**CERTIFICATE OF SERVICE**
----------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **December 22, 2016**.

| | | |
|---|---|---|
| The Carlson Law Firm<br>100 E Central Texas Expy<br>Killeen, TX 76541 | Mccreary Veselka Bragg Allen<br>Po Box 1269<br>Round Rock, TX 78680 | Klatt Augustine Sayer<br>Treinen & Rastede Pc<br>5909 Nw Expressway Ste 274<br>Oklahoma City, OK 73132 |
| United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 79701 | | |

/s/ Ray Hendren
_____
Ray Hendren
Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, Tx 78731